1  Michele J. Beilke (State Bar No. 194098)
   mbeilke@huntonAK.com
2  Julia Y. Trankiem (State Bar No. 228666)
   jtrankiem@huntonAK.com
3  HUNTON ANDREWS KURTH LLP
   550 South Hope Street, Suite 2000
4  Los Angeles, California 90071-2627
   Telephone:  213.532.2000
5  Facsimile:   213.532.2020

6  *Attorney for Defendants*
   ABBOTT LABORATORIES, ST. JUDE
7  MEDICAL S.C., INC., and ST. JUDE
   MEDICAL, LLC (erroneously sued as ST.
8  JUDE MEDICAL, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KIP THENO,<br><br>          Plaintiff,<br><br>  v.<br><br>ABBOTT LABORATORIES, an Illinois corporation; ST. JUDE MEDICAL S.C., INC., a Minnesota corporation; ST. JUDE MEDICAL, INC., a Minnesota corporation; FRANK FERNANDEZ, an individual; KEITH BOETTIGER, an individual; JESSICA CLINE, an individual; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 2:20-CV-04765<br><br>[Removal from Los Angeles County Superior Court Case No. 20STCV08597]<br><br>**NOTICE OF RELATED CASES IN SUPPORT OF DEFENDANTS' REMOVAL**<br><br>[Diversity]<br><br>[*Filed Concurrently with Civil Cover Sheet; Notice of Removal; Corporate Disclosure Statement and Notice of Interested Parties; and Declarations of Jessica Paik and Beth Radtke*]<br><br>Complaint Filed: February 28, 2020 |

Pursuant to Local Rule 83-1.3.1 of the Local Rules of the United States District Court for the Central District of California, the undersigned counsel of record for Defendants ABBOTT LABORATORIES, ST. JUDE MEDICAL S.C., INC., and ST. JUDE MEDICAL, LLC (erroneously sued as ST. JUDE MEDICAL, INC.) (together, "Abbott") hereby aver that, to Abbott's knowledge, no action previously filed or currently pending in the United States District Court, Central District of California: (a) arises from the same or a closely related transaction, happening, or event; (b) calls for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges.

DATED:  May 28, 2020 **HUNTON ANDREWS KURTH LLP**

By: */s/ Julia Y. Trankiem*
Julia Y. Trankiem
*Attorney for Defendants*
ABBOTT LABORATORIES, ST. JUDE MEDICAL S.C., INC., and ST. JUDE MEDICAL, LLC (erroneously sued as ST. JUDE MEDICAL, INC.)